Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−23924−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aline Kolankowski
   35 S. Pierson Road
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−7592

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/20/16 and a confirmation hearing on such Plan has been scheduled for 10/12/16.

The debtor filed a Modified Plan on 10/7/16 and a confirmation hearing on the Modified Plan is scheduled for 11/9/16 at 9. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: October 12, 2016
JJW: clb

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-23924-SLM
Aline Kolankowski                                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: Oct 12, 2016
                              Form ID: 186               Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.

```
db             +Aline Kolankowski,    35 S. Pierson Road,    Maplewood, NJ 07040-3408
516297486       American Express,    PO Box 981540,    El Paso, TX 79998-1540
516421882       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516297487      +Bank of America,    PO Box 941633,    Simi Valley, CA 93094-1633
516419521      +CCAP Auto Lease LTD,    P.O. Box 961278,    Fort Worth, TX 76161-0278
516297488       Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516341620       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516297489       Chase,   Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
516297491      +Chrysler Capital,    PO Box 660647,    Dallas, TX 75266-0647
516297490      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
516297492      +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
516297493       Comenity Bank,    PO Box 182273,    Columbus, OH 43218-2273
516297494      +Department Stores National Bank,    PO Box 8218,    Mason, OH 45040-8218
516297498      +M&T Bank fka/Hudson City Savings Bank,    W 80 Century Road,    Paramus, NJ 07652-1478
516297500      +State of NJ,    Division of Taxation,    Revenue Processing Center,    PO Box 111,
                 Trenton, NJ 08645-0111
516297503      +US Alliance Federal Credit Union,    411 Theodore Fremd Ave,    Rye, NY 10580-1426
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2016 23:14:24     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2016 23:14:21     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516306717       E-mail/Text: mrdiscen@discover.com Oct 12 2016 23:13:43     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516297495      +E-mail/Text: mrdiscen@discover.com Oct 12 2016 23:13:43     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
516297496      +E-mail/Text: cio.bncmail@irs.gov Oct 12 2016 23:14:00     IRS,   Department of the Treasury,
                 PO Box 8208,   Philadelphia, PA 19101-8208
516297497       E-mail/Text: camanagement@mtb.com Oct 12 2016 23:14:11     M & T Bank,    PO Box 62182,
                 Baltimore, MD 21264
516327761       E-mail/Text: camanagement@mtb.com Oct 12 2016 23:14:11     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516297499      +E-mail/Text: bnc@nordstrom.com Oct 12 2016 23:13:53     Nordstrom Bank,    PO Box 79137,
                 Phoenix, AZ 85062-9137
516314030       E-mail/Text: bnc-quantum@quantum3group.com Oct 12 2016 23:14:15
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516297501       E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2016 23:05:22     Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
516297502      +E-mail/Text: bankruptcy@td.com Oct 12 2016 23:14:26     TD Bank,   Operations Center,
                 PO Box 8400,   Lewiston, ME 04243-8400
                                                                                              TOTAL: 11
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 12, 2016
                              Form ID: 186             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Steven R Lehr    on behalf of Debtor Aline  Kolankowski slehr@lehrlaw.com, dcastiglione@lehrlaw.com

                                                                       TOTAL: 3

Case 16-23924-SLM    Doc 19    Filed 10/14/16    Entered 10/15/16 00:37:25    Desc Imaged
Certificate of Notice    Page 3 of 3