Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  16−23924−SLM
          Chapter:  13
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aline Kolankowski
   35 S. Pierson Road
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−7592

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/14/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 14, 2016
JJW: axg

                                        James J. Waldron
                                        Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                                Case No. 16-23924-SLM
Aline Kolankowski                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 14, 2016
                              Form ID: 148             Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
```
db           +Aline Kolankowski,    35 S. Pierson Road,    Maplewood, NJ 07040-3408
516297487    +Bank of America,    PO Box 941633,    Simi Valley, CA 93094-1633
516493276    +Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
516297491    +Chrysler Capital,    PO Box 660647,    Dallas, TX 75266-0647
516297498    +M&T Bank fka/Hudson City Savings Bank,    W 80 Century Road,    Paramus, NJ 07652-1478
516455440    +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516297500    +State of NJ,    Division of Taxation,    Revenue Processing Center,    PO Box 111,
               Trenton, NJ 08645-0111
516297503    +US Alliance Federal Credit Union,    411 Theodore Fremd Ave,    Rye, NY 10580-1426
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2016 23:32:07     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2016 23:32:01     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516297486     EDI: AMEREXPR.COM Nov 14 2016 23:03:00      American Express,    PO Box 981540,
               El Paso, TX 79998-1540
516421882     EDI: BECKLEE.COM Nov 14 2016 22:58:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516419521    +EDI: CHRM.COM Nov 14 2016 22:58:00      CCAP Auto Lease LTD,    P.O. Box 961278,
               Fort Worth, TX 76161-0278
516297488     EDI: CAPITALONE.COM Nov 14 2016 23:03:00      Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
516341620     EDI: CAPITALONE.COM Nov 14 2016 23:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
516297489     EDI: CHASE.COM Nov 14 2016 23:03:00      Chase,    Cardmember Services,    PO Box 15153,
               Wilmington, DE 19886-5153
516297490    +EDI: CHRM.COM Nov 14 2016 22:58:00      Chrysler Capital,    PO Box 961275,
               Fort Worth, TX 76161-0275
516297492    +EDI: CITICORP.COM Nov 14 2016 23:03:00      Citi Cards,    PO Box 6500,
               Sioux Falls, SD 57117-6500
516297493     EDI: WFNNB.COM Nov 14 2016 23:03:00      Comenity Bank,    PO Box 182273,
               Columbus, OH 43218-2273
516297494    +EDI: TSYS2.COM Nov 14 2016 22:58:00      Department Stores National Bank,    PO Box 8218,
               Mason, OH 45040-8218
516306717     EDI: DISCOVER.COM Nov 14 2016 22:58:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
516297495    +EDI: DISCOVER.COM Nov 14 2016 22:58:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
516297496    +EDI: IRS.COM Nov 14 2016 23:03:00      IRS,    Department of the Treasury,    PO Box 8208,
               Philadelphia, PA 19101-8208
516297497     E-mail/Text: camanagement@mtb.com Nov 14 2016 23:31:45      M & T Bank,    PO Box 62182,
               Baltimore, MD 21264
516327761     E-mail/Text: camanagement@mtb.com Nov 14 2016 23:31:45      M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
516297499    +E-mail/Text: bnc@nordstrom.com Nov 14 2016 23:31:25      Nordstrom Bank,    PO Box 79137,
               Phoenix, AZ 85062-9137
516314030     EDI: Q3G.COM Nov 14 2016 23:03:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA  98083-0788
516297501     EDI: RMSC.COM Nov 14 2016 23:03:00      Synchrony Bank,    PO Box 960061,
               Orlando, FL 32896-0061
516297502    +EDI: TDBANKNORTH.COM Nov 14 2016 23:03:00      TD Bank,    Operations Center,    PO Box 8400,
               Lewiston, ME 04243-8400
                                                                                              TOTAL: 21
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 14, 2016
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Steven R Lehr    on behalf of Debtor Aline  Kolankowski slehr@lehrlaw.com,   challenbeck@lehrlaw.com
                                                                                             TOTAL: 3
```